# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BARBARA J. LUTZ  
823 NOTTINGHAM  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-3100

Case Number: 06-70290

Case filed on: 3/2/2006  
Plan Confirmed on: 1/22/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,124.58         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 2,689.00 | 2,689.00 | 715.00 | 0.00 |
|  | Total Legal | 2,689.00 | 2,689.00 | 715.00 | 0.00 |
| 999 | BARBARA J. LUTZ | 0.00 | 0.00 | 515.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 515.50 | 0.00 |
| 001 | GREATBANK ALGONQUIN | 6,545.56 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,545.56 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN HONDA FINANCE CORPORATION | 9,200.75 | 9,200.75 | 1,184.07 | 0.00 |
| 004 | LVNV FUNDING LLC | 9,483.77 | 9,483.77 | 1,220.50 | 0.00 |
| 005 | B-REAL LLC | 525.73 | 525.73 | 67.66 | 0.00 |
| 006 | CHASE CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE BANK USA NA | 1,144.10 | 1,144.10 | 147.23 | 0.00 |
| 008 | LVNV FUNDING LLC | 9,967.70 | 9,967.70 | 1,282.77 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 10,279.91 | 10,279.91 | 1,322.95 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 3,253.00 | 3,253.00 | 418.64 | 0.00 |
| 011 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 1,608.94 | 1,608.94 | 207.06 | 0.00 |
| 013 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,080.73 | 1,080.73 | 139.09 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,162.19 | 1,162.19 | 149.57 | 0.00 |
| 015 | RECOVERY MANAGEMENT SYSTEMS CORP | 198.51 | 198.51 | 25.55 | 0.00 |
| 016 | LVNV FUNDING LLC | 2,948.63 | 2,948.63 | 379.46 | 0.00 |
| 017 | RECOVERY MANAGEMENT SYSTEMS CORP | 190.32 | 190.32 | 24.50 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 3,269.83 | 3,269.83 | 420.80 | 0.00 |
| 019 | LVNV FUNDING LLC | 926.82 | 926.82 | 119.28 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 1,747.07 | 1,747.07 | 224.83 | 0.00 |
| 021 | SMC | 210.53 | 210.53 | 27.08 | 0.00 |
|  | Total Unsecured | 57,198.53 | 57,198.53 | 7,361.04 | 0.00 |
|  | Grand Total: | 66,433.09 | 59,887.53 | 8,591.54 | 0.00 |

Total Paid Claimant:     $8,591.54  
Trustee Allowance:       $533.04  
Percent Paid Unsecured:     12.87

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan